# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00523-CV

**Capitol Sprinkler and Fire Systems, LLC, Appellant**

**v.**

**Security Equipment Supply, Appellee**

## FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
## NO. C-1-CV-21-000747, TODD WONG, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

The parties have filed an agreed motion to abate this appeal, explaining that they are in negotiations to settle their dispute. We grant the motion and abate the appeal. *See* Tex. R. App. P. 42.1(a)(2). The parties are instructed to file either a joint status report concerning the status of settlement negotiations or a motion to reinstate no later than November 18, 2022. Failure to do so may result in the appeal being dismissed or reinstated for consideration by the Court.

Before Justices Goodwin, Baker, Kelly

Abated

October 7, 2022